FIRST NAT. BANK OF DETROIT, MICH., Appellant, v. HOLLINS et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the First National Bank of Detroit, Mich., against Harry B. Hollis and others.

PER CURIAM. Order reversed as to defendant Govin, with $10 costs and disburse-

ments. Defendants' motion to strike out the second amended complaint denied, with $10 costs. The precise averment that the written part of the agreement alleged in paragraph 19 is contained in the two letters set forth, and that all else beyond the terms of the letters is oral, renders the complaint, as so amended, sufficiently definite and certain.

---

In re FISK'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the proving of the last will and testament of Rufus L. Fisk, deceased. No opinion. Decree affirmed, with costs.